## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ZACHARY TUCKER**, Individually and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**PAPA JOHN'S INTERNATIONAL, INC.** and **PAPA JOHN'S USA, INC.**<br><br>**Defendants.** | **CASE NO. 3:14-cv-00618-SMY-PMF**<br><br><br>**JURY TRIAL DEMANDED** |

*UNOPPOSED* **NOTICE OF VOLUNTARY DISMISSAL OF ALL CAUSES OF ACTION WITHOUT PREJUDICE AGAINST DEFENDANTS PAPA JOHN'S INTERNATIONAL, INC. and PAPA JOHN'S USA, INC. PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)  WITH EACH PARTY TO BEAR ITS OWN COSTS**

**COMES NOW,** Plaintiff, Zachary Tucker, by and through counsel of record, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in Plaintiff's complaint against Defendants Papa John's International, Inc. and Papa John's USA, Inc. ("Defendants") **without prejudice with each party to bear its own costs.**

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims.  Plaintiff Zachary Tucker has not previously dismissed any federal- or state-court action based on or including the same claims.  Dismissal of Defendants' causes of action **without prejudice with each party to bear its own costs** under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure is therefore appropriate.

Though dismissals under Rule 41(a)(1)(A)(i) are done as a matter of right, Defendants do not oppose this notice to dismiss Plaintiff's claims without prejudice and agree that each party should bear its own costs.

129197v1                                    1

Respectfully Submitted,

**CAREY, DANIS & LOWE**

DATED: <u>September 17, 2015</u>          By: <u>/s/  Francis J. "Casey" Flynn, Jr.          </u>

Francis J. " Casey"  Flynn, Jr.
IL Bar # 6289490
Tiffany M. Yiatras
IL Bar #6286795
**CAREY, DANIS & LOWE**
8235 Forsyth Boulevard, Suite 1100
Saint Louis, Missouri 63105-1643
Telephone: 314-725-7700
Facsimile: 314-721-0905
E-Mail:  casey@jefflowepc.com
              tyiatras@careydanis.com

Jason Whittemore
(admitted *pro hac vice*)
**WAGNER, VAUGHAN & MCLAUGHLIN, P.A.**
601 Bayshore Blvd., Suite 910
Tampa, Florida  33606
Telephone: (813) 225-4000
E-mail:  Jason@WagnerLaw.com
Secondary E-Mail:  Vicky@WagnerLaw.com

Corey D. Sullivan, IL Bar #6294688
**SULLIVAN LAW, LLC**
1814 E Eagle Bay Drive
Bloomington, IN 47401
Telephone: 314-971-9353
Email:  sullivcd@gmail.com

**ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS**

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 17th day of September, 2015, I electronically filed the above pleading with the Clerk of Court using the CM/ECF System, which will automatically send email notification of such filings to all attorneys of record.

<u>          /s/ Francis J. "Casey" Flynn, Jr.          </u>