IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ZACHARY TUCKER, Individually and on behalf of all others similarly situated,

      Plaintiff,

vs.

PAPA JOHN'S INTERNATIONAL, INC. and PAPA JOHN'S USA, INC.,

      Defendants.

Case No. 14-cv-0618-SMY-PMF

## ORDER DISMISSING CASE

Plaintiff has filed an Unopposed Notice of Voluntary Dismissal of All Causes of Action Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i ) (Doc. 43).

Accordingly, the Court DISMISSES this case without prejudice, each party to bear its own costs.

All deadlines and hearings are VACATED and all pending motions are DENIED as MOOT.

**IT IS SO ORDERED.**

**DATED:** September 23, 2015

                                                s/ *Staci M. Yandle*
                                                **STACI M. YANDLE**
                                                **DISTRICT JUDGE**